UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., | Case No. C26-351-TMC-MLP |
| Plaintiff, | ORDER |
| v. | |
| HILTON WORLDWIDE INC., | |
| Defendant. | |

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

1) The Court ADOPTS the Report and Recommendation.

2) Plaintiff's proposed complaint (Dkt. 1) and this action are DISMISSED with prejudice.

3) The motion to correct clerical error (Dkt. 4) is DENIED.

4) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

Dated this 26th day of February, 2026.

Tiffany M. Cartwright
United States District Judge

ORDER - 1